**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EUGENE ELWIN THOMAS EX REL.,

                      Plaintiff,

      -against-

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM ("MERS") et al.,

                    Defendants.
------------------------------------------------------------------X

**25 Civ. No. 7190 (MMG) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff, proceeding *pro se*, initiated this action in the Bronx Supreme Court on August 5, 2025. (Dkt. No. 6 Ex. A). After receiving a copy of the Summons and Complaint on August 13, 2025, Defendant Deutsche Bank removed the action to this Court on August 29, 2025, on the basis of diversity of citizenship. (Dkt. No. 1). Deutsche Bank asserts that the consent of the other Defendants named in the action to Deutsche Bank's removal is not required because, upon information and belief, no other Defendants had been served at the time of the removal. (Dkt. No. 6 ¶¶ 3, 17).

      Plaintiff is directed to provide a letter to the Court by no later than **Friday, September 26, 2025**, stating whether he has served any of the Defendants other than Deutsche Bank and, if so, when such service was effected. If Plaintiff served any Defendants other than Deutsche Bank prior to Deutsche Bank's removal, Plaintiff shall provide the Court with proof of such service. In addition, should Plaintiff wish to move to remand the case back to state court, pursuant to 28 U.S.C. § 1447(c), Plaintiff may file a motion to remand within 30 days after the filing of the notice of removal. Therefore, the deadline to do so is **Monday, September 29, 2025**.

Given the current procedural posture of this action, Plaintiff's deadline to oppose Deutsche Bank's pending motion to dismiss (Dkt. Nos. 12–14) is hereby stayed. The Court will set a briefing schedule once it is in receipt of Plaintiff's response as to service of the non-Deutsche Bank Defendants and the Court has clarity on whether Plaintiff intends to move to remand.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED:   New York, New York
         September 17, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2