**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
EUGENE ELWIN THOMAS EX REL.,

                      Plaintiff,

      -against-

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM ("MERS") et al.,

                   Defendants.
-------------------------------------------------------------------X

25 Civ. No. 7190 (MMG) (GS)

<u>ORDER</u>

**GARY STEIN, United States Magistrate Judge:**

      Plaintiff, proceeding *pro se*, initiated this action in the Bronx Supreme Court on August 5, 2025. (Dkt. No. 6 Ex. A). After receiving a copy of the Summons and Complaint on August 13, 2025, Defendant Deutsche Bank removed the action to this Court on August 29, 2025. (Dkt. No. 1). On September 9, 2025, Deutsche Bank filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). (Dkt. Nos. 12–14). On September 17, 2025, the Court stayed Deutsche Bank's pending motion and directed Plaintiff to provide the Court with proof of service of all Defendants by September 26, 2025, and informed Plaintiff that he had until September 29, 2025 to move to remand the action back to state court. (Dkt. No. 15). As of the date of this Order, as far as the docket reflects, Plaintiff has neither responded to the September 17 Order nor moved to remand. Since the September 17 Order, Defendant MERS has appeared and filed its own Motion to Dismiss. (Dkt. Nos. 17–19). Given these developments, Deutsche Bank's pending motion to dismiss is no longer stayed and the Court sets a briefing schedule for the pending motions below.

      First, Plaintiff is informed that he may respond in one of two ways to the pending motions to dismiss: (1) he may file an opposition brief to both Deutsche Bank and MERS's

motions to dismiss either as one consolidated brief or he may file two separate opposition briefs responding to each motion individually; OR (2) he may file an amended complaint that seeks to cure the deficiencies alleged in Deutsche Bank and MERS's motions to dismiss.  **If Plaintiff files neither an opposition brief nor an amended complaint by the deadline set forth below, the Court will treat Deutsche Bank and MERS's motions to dismiss as unopposed and may recommend dismissal of the action all together for failure to prosecute.**

The Court sets the following schedule with respect to the pending motions to dismiss:

- Plaintiff's **opposition brief(s)** opposing Deutsche Bank and MERS's motions to dismiss or **an amended complaint** that attempts to cure the deficiencies alleged in the motion is **due no later than Monday, November 10, 2025.**

- Should Plaintiff file an opposition brief, Deutsche Bank and MERS's replies, if any, are due no later than Monday, November 24, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address indicated on the docket.

**SO ORDERED.**

DATED:     New York, New York
           October 7, 2025

                                                 _____
The Honorable Gary Stein
United States Magistrate Judge