UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EUGENE ELWIN THOMAS EX REL.,

                              Plaintiff,                      **25 Civ. No. 7190 (MMG) (GS)**

        -against-

MORTGAGE ELECTRONIC                                  **VIDEO STATUS**
REGISTRATION SYSTEM ("MERS") et                 **CONFERENCE ORDER**
al.,

                              Defendants.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Thursday, November 06, 2025 at 3:00 p.m.** Plaintiff and Counsel for Defendants are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [230 243 463 055 7]  Passcode: [tE7P2gJ6]**

       It is further ordered that Plaintiff file on the docket proof of service of his Summons and Complaint on any Defendants other than Deutsche Bank by no later than Friday, November 7, 2025.  While the Court notes that Plaintiff's letter of October 10, 2025 states that "Plaintiff has attached all service that was completed at the time of the filing of [Deutsche Bank's] Notice of Removal" (Dkt. No. 24 at 3), no such proof of service was attached to the letter and, so far as the Court can determine, none of Plaintiff's other filings reflect proof of service on any Defendants other than Deutsche Bank.

       SO ORDERED.

DATED:     New York, New York
                October 27, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge