UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EUGENE ELWIN THOMAS,

                            Plaintiff,

        -against-                                **25 Civ. No. 7190 (MMG) (GS)**

                                                            **ORDER**

MORTGAGE ELECTRONIC
REGISTRATION SYSTEM ("MERS"), *et al.*,

                            Defendants.
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Pursuant to the status conference held November 6, 2025, the Court orders submissions of the following papers from the parties. Plaintiff shall submit his Amended Complaint no later than November 20, 2025, and serve same upon all parties. Any Motion to Dismiss from Defendants shall be submitted no later than December 19, 2025. Plaintiff shall submit his Opposition to any Motion to Dismiss no later than January 19, 2026. Should Plaintiff choose to submit one Opposition as to two Motions to Dismiss, Plaintiff shall be allowed twice as long of a word limit in such Opposition. Any Reply from Defendants shall be submitted no later than February 12, 2026.

      SO ORDERED.

DATED:    New York, New York
                November 6, 2025

                                                          _____
                                                           The Honorable Gary Stein
                                                           United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT
The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP
Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.