RECEIVED
SDNY PRO SE OFFICE

2025 NOV 25  PM 12: 21

Eugene Elwin Thomas

ACP 5197 PO BOX 1110

Albany, New York 12201-1110

U.S.A

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

November 13, 2025

To: CLERK OF COURTS FOR THE SOURTHERN DISTRICT OF NEW YORK

United States District Court for the Southern District of New York

C/o Hellwig, Tammi M. d/b/a CLERK OF COURTS

500 Pearl Street,

New York, New York 10007

U.S.A.

**In re:**Docket #: 1:25-cv-07190-MMG [United States District Court for the Southern District of New

York],**ASSUMED NAME CERTIFICATE**, Work Item 159947770023, Original File 939733300021 [STATE OF

MINNESOTA OFFICE OF THE SECRETARY OF STATE], Loan #: 1007492224[DEUTSCHE BANK

NATIONAL TRUST COMPANY AS INDENTURED TRUSTEE FOR SECURITIZED TRUST NEW CENTURY

HOME EQUITY LOAN TRUST 2006-2 TRUST], Mortgage Property Address 2260 HAMPDEN PLACE BRONX,

NY 10468, Registered Mail #: RF736048097US (delivered on or about July 10, 2023, SANTA ANA,

CALIFORNIA) Registered Mail #: RE827274420US (delivered on or about August 1, 2023.


### DEED OF ENTRY

eugene -elwin: thomas [hereinafter Plaintiff] declares, deposes, and says:


This Deed of Entry with annexed documents is serviced pursuant to 46 U.S. Code Subtitle II Chapter 73 Part E -

MERCHANT MARINERS' DOCUMENTS and 46 U.S. Code Subtitle V Chapter 573 Part F - VESSEL TRADE-IN

PROGRAM.


### CHAPTER 333. ASSUMED NAMES, INSIGNIA, AND MARKS

**Rule 220.Birth Certificates**

The Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title

an official birth certificate pertaining to a registered owner named in said certificate of title showing the date of birth

of said registered owner, providing there is attached to said birth certificate an affidavit of an affiant who states that

he/she is familiar with the facts recited, stating that the party named in said birth certificate is the same party as one

of the owners named in said certificate of title; and that thereafter the Registrar of Titles shall treat said registered

owner as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

**Task Force Comment - 1991 Adoption**

This rule is derived from 4th Dist. R. 11.05.

I, Thomas, Eugene Elwin am the beneficial owner of the certificate of title for EUGENE ELWIN THOMAS legal person born in 1969 on day 11th of October. I am familiar with the facts stated in Rule 220 which is attached above. I have signed this declaration in front of a notary.

I am of age of majority after date of birth shown by said certificate.

The Expatriation Act of 1868 was an act of the 40th United States Congress that declared, as part of the United States nationality law, that the right of expatriation (i.e. a right to renounce one's citizenship) is "a natural and inherent right of all people" and "that any declaration, instruction, opinion, order, or decision of any officers of this government which restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government".

8 U.S. Code § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions

(a)A person who is a national of the United States whether by birth ornaturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality—
(1)
obtaining naturalization in a foreign state upon his own application or upon an application filed by a duly authorized agent, after having attained the age of eighteen years; or
(2)
taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or
(3)
entering, or serving in, the armed forces of a foreign state if (A) such armed forces are engaged in hostilities against the United States, or (B) such persons serve as a commissioned or non-commissioned officer; or

(4)

(A) accepting, serving in, or performing the duties of any office, post, or employment under the government of a foreign state or a political subdivision thereof, after attaining the age of eighteen years if he has or acquires the nationality of such foreign state; or (B) accepting, serving in, or performing the duties of any office, post, or employment under the government of a foreign state or a political subdivision thereof, after attaining the age of eighteen years for which office, post, or employment an oath, affirmation, or declaration of allegiance is required; or

(5)

making a formal renunciation of nationality before a diplomatic or consular officer of the United States in a foreign state, in such form as may be prescribed by the Secretary of State; or

(6)

making in the United States a formal written renunciation of nationality in such form as may be prescribed by, and before such officer as may be designated by, the Attorney General, whenever the United States shall be in a state of war and the Attorney General shall approve such renunciation as not contrary to the interests of national defense; or

(7)

committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, violating or conspiring to violate any of the provisions of section 2383 of title 18, or willfully performing any act in violation of section 2385 of title 18, or violating section 2384 of title 18 by engaging in a conspiracy to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, if and when he is convicted thereof by a court martial or by a court of competent jurisdiction.

(b)

Whenever the loss of United States nationality is put in issue in any action or proceeding commenced on or after September 26, 1961 under, or by virtue of, the provisions of this chapter or any other Act, the burden shall be upon the person or party claiming that such loss occurred, to establish such claim by a preponderance of the evidence. Any person who commits or performs, or who has committed or performed, any act of expatriation under the provisions of this chapter or any other Act shall be presumed to have done so voluntarily, but such presumption may be rebutted upon a showing, by a preponderance of the evidence, that the act or acts committed or performed were not done voluntarily.

**P.L. 79–291, Approved December 29, 1945 (59 Stat. 669)**

**International Organizations Immunities Act**

Sec. 1. [22 U.S.C. 288]  For the purposes of this title, the term "international organization" means a public international organization in which the United States participates pursuant to any treaty or under the authority of any Act of Congress authorizing such participation or making an appropriation for such participation, and which shall have been designated by the President through appropriate Executive order as being entitled to enjoy the privileges, exemptions, and immunities herein provided. The President shall be authorized, in the light of the functions performed by any such international organization, by appropriate Executive order to withhold or withdraw from any such organization or its officers or employees any of the privileges, exemptions, and immunities provided for in this title (including the amendments made by this title) or to condition or limit the enjoyment by any such organization or its officers or employees of any such privilege, exemption, or immunity. The President shall be authorized, if in his judgment such action should be justified by reason of the abuse by an international organization or its officers and employees of the privileges, exemptions, and immunities herein provided or for any other reason, at any time to revoke the designation of any international organization under this section, where-upon the international organization in question shall cease to be classed as an international organization for the purposes of this title.

22 U.S. Code § 288a - Privileges, exemptions, and immunities of international organizations

International organizations shall enjoy the status, immunities, exemptions, and privileges set forth in this section, as follows:

(a)International organizations shall, to the extent consistent with the instrument creating them, possess the capacity—

(i)to contract;

(ii)to acquire and dispose of real and personal property;

(iii)to institute legal proceedings.

(b)International organizations, their property and their assets, wherever located, and by whomsoever held, shall enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments, except

to the extent that such organizations may expressly waive their immunity for the purpose of any proceedings or by the terms of any contract.

**(c)**Property and assets of <u>international organizations</u>, wherever located and by whomsoever held, shall be immune from search, unless such immunity be expressly waived, and from confiscation. The archives of <u>international organizations</u> shall be inviolable.

**(d)**Insofar as concerns customs duties and internal-revenue taxes imposed upon or by reason of importation, and the procedures in connection therewith; the registration of foreign agents; and the treatment of official communications, the privileges, exemptions, and immunities to which <u>international organizations</u>shall be entitled shall be those accorded under similar circumstances to foreign governments.

## U.C.C. - ARTICLE 9 - SECURED TRANSACTIONS

The "Miller Act" is a federal law requiring prime contractors on public construction projects over a certain value to post performance and payment bonds to protect the government and parties that supply labor and materials.

## 40 U.S. Code § 3131 - Bonds of contractors of public buildings or works

(a)Definition. —

In this subchapter, the term "contractor" means a person awarded a contract described in subsection (b).

(b)Type of Bonds Required. —Before any contract of more than $100,000 is awarded for the construction, alteration, or repair of any public building or public work of the Federal Government, a person must furnish to the Government the following bonds, which become binding when the contract is awarded:

(1) Performance bond. — A performance bond with a surety satisfactory to the officer awarding the contract, and in an amount the officer considers adequate, for the protection of the Government.

(2) Payment bond. —A payment bond with a surety satisfactory to the officer for the protection of all persons supplying labor and material in carrying out the work provided for in the contract for the use of each person. The amount of the payment bond shall equal the total amount payable by the terms of the contract unless the officer awarding the contract determines, in a writing supported by specific findings, that a payment bond in that amount is impractical, in which case the contracting officer shall set the amount of the payment bond. The amount of the payment bond shall not be less than the amount of the performance bond.

(c) Coverage for Taxes in Performance Bond. —

(1) In general. —Every performance bond required under this section specifically shall provide coverage for taxes the Government imposes which are collected, deducted, or withheld from wages the contractor pays in carrying out the contract with respect to which the bond is furnished.

(2) Notice.—The Government shall give the surety on the bond written notice, with respect to any unpaid taxes attributable to any period, within 90 days after the date when the contractor files a return for the period, except that notice must be given no later than 180 days from the date when a return for the period was required to be filed under the Internal Revenue Code of 1986 (26 U.S.C. 1 et seq.).

(3) Civil action. —The Government may not bring a civil action on the bond for the taxes—

(A) unless notice is given as provided in this subsection; and

(B) more than one year after the day on which notice is given.

(d) Waiver of Bonds for Contracts Performed in Foreign Countries. —A contracting officer may waive the requirement of a performance bond and payment bond for work under a contract that is to be performed in a foreign country if the officer finds that it is impracticable for the contractor to furnish the bonds.

(e) Authority To Require Additional Bonds.—This section does not limit the authority of a contracting officer to require a performance bond or other security in addition to those, or in cases other than the cases, specified in subsection (b).


### SHERMAN ACT, 15 U.S.C. §§ 1, 2

Sec. 1. Trusts, etc., in restraint of trade illegal; penalty

Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.

Sec. 2. Monopolizing trade a felony; penalty

Every person who shall monopolize, or attempt to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $10,000,000 if a corporation, or, if any other person, $350,000, or by imprisonment not exceeding three years, or by both said punishments, in the discretion of the court.

Cc:  Matthew J. Gordon
    112 West 34th Street
    New York, New York [10120-9998]
    U.S.A.

McCabe, Weisberg & Conway, LLC
One Huntington Quadrangle, Suite 4N25
Melville, New York] [11747-9998]
U.S.A.

Carrington Mortgage Services, LLC
    1600 South Douglass Road, Suites 110 & 200-A,
    Anaheim, CA [92806-9998]
    U.S.A.

## VERIFICATION

I, Eugene Elwin Thomas, am the Plaintiff in the above-entitled matter and have personal knowledge to testify to the matters stated therein. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct to the best of my knowledge.

Eugene Thomas,

ACP 5197 PO BOX 1110

Albany, New York 12201-1110

U.S.A

## NOTARY ACKNOWLEDGEMENT

State of New York)

           ) ss       **JURAT**

County of _New York_ )

On this __17__ day of November 2025, before me personally appeared eugene - elwin: thomasto me known to be the person described in as Plaintiff. And who executed the foregoing instruments and acknowledged to me that eugene - elwin: thomas executed the same as his free act and deed.

_Badiyah Amir_      _11/17/25_

Notary Signature          Date

                  BADIYAH AMIR
              Notary Public, State of New York
                No. 01AM6174527
My commission expires      Qualified in New York County
             Commission Expires Sept. 24, 20__27__

Seal

Autograph: I Am: _____



# *Apostille*

(Convention de La Haye du 5 Octobre 1961)

1.   Country:       United States of America

     This public document

2.   *has been signed by* **Milton Adair Tingling**

3.   *acting in the capacity of* **County Clerk**

4.   *bears the seal/stamp of the* **county of New York**

                              Certified

5.   at New York City, New York          6.   the 19th day of June 2017

7.   by Special Deputy Secretary of State, State of New York

8.   No: NYC-814771

9.   Seal/Stamp                          10.   Signature



Whitney A. Clark
Special Deputy Secretary of State

*Apostille (REV: 09/25/12)*

No. 338123

State of New York
County of New York } ss.

I, Milton Adair Tingling, Clerk of the County of New York, and Clerk of the Supreme Court in and for said County, the same being a court of record having a seal, DO HEREBY CERTIFY THAT

**PRANSHANTA O'NEAL**

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC.        **DEPUTY CITY REGISTRAR**

and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same; that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 19th day of June, 2017

_Milton Adair Tingling_
County Clerk, New York County

, Deputy
ew York do
Health and
City of New
nd Mental
al thereon
City of New
partment of
authorized
w York.



NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE
Mary T. Bassett, MD, MPH
Commissioner

**Health**

## EXEMPLIFICATION OF BIRTH OR DEATH RECORD

I, **Pranshanta O'Neal** , Deputy

City Registrar of the Office of Vital Records of the Department of Health and Mental Hygiene of the City of New York do

hereby certify that the foregoing transcript is a true copy of the original record now on file in the Department of Health and

Mental Hygiene of the City of New York, this being a department of the Municipal Corporation known as the City of New

York; that I have compared the said transcript with the original record on file in the Department of Health and Mental

Hygiene and that the same is a correct transcript of said original record, and of the whole thereof; that the seal thereon

impressed is the official seal of the Board of Health of the Department of Health and Mental Hygiene of the City of New

York, and I further hereby certify that I am Deputy City Registrar of the Office of Vital Records in the said Department of

Health and Mental Hygiene in the City of New York, where the said certificate and record is on file, and that I am authorized

to certify the said record in accordance with Section 17-102 (Sub b) of the Administrative Code of the City of New York.

The foregoing transcript is a true copy of said original record, identified as

☑ Birth ☐ Death

Certificate Number _156-69-133152_    Year _1969_

Borough of _Manhattan_

In witness whereof I have hereunto set my hand and

caused the seal of the Board of Health of the Department

of Health and Mental Hygiene of the City of New York to be

affixed this _7th_ day of

_June_ in the year

_2017_.

_Signature_

VR 68 (Rev. 2/14)

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

P324F02

## CERTIFICATE OF BIRTH

Birth No. 156-69-133152

| 1. FULL NAME OF CHILD (Type or Print) | First Name | Middle Name | | | | Last Name |
|---|---|---|---|---|---|---|
| | Eugene | Elwin | | | | Thomas |

| 2. SEX | 3a. NUMBER OF CHILDREN born of this pregnancy | 4a. DATE OF CHILD'S BIRTH (Month) (Day) (Year) | 4b. Hour | AM |
|---|---|---|---|---|
| Male | 3b. If more than one, number of this child in order of birth — 1 | October 11, 1969    3:19 | | PM |

| 5. PLACE OF BIRTH | a. New York City | c. Name of Hospital or Institution. If not in hospital, street address. |
|---|---|---|
| | b. Borough  Manhattan | Woman's Hospital |

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S AGE at time of this birth | 6c. MOTHER'S BIRTHPLACE, City and State. If not U.S.A., Country. |
|---|---|---|
| Vivette Dyroon Gordon | 42 | Dominican Republic |

| 7. MOTHER'S USUAL RESIDENCE | a. State  N.Y. | b. County  N.Y. | c. City town or location  New York | d. Inside city limits (Specify Yes or No)  yes | e. Street and house number  20 West 129th St. |
|---|---|---|---|---|---|

| 8a. FATHER'S FULL NAME | 8b. FATHER'S AGE at time of this birth | 8c. FATHER'S BIRTHPLACE, City and State. If not U.S.A., Country. |
|---|---|---|
| Eugene A. Thomas | 46 | Antigua B.W.I. |

This certificate of birth is filed pursuant to Section 367.2.0 of the Administrative Code of the City of New York.

(Signed)

Address

Corrected Certificate Approved for Filing    OCT 8 1971    19

(Signature) _____ Borough Registrar

Original Report Filed    Oct. 14    19 69

BUREAU OF RECORDS AND STATISTICS    DEPARTMENT OF HEALTH    THE CITY OF NEW YORK


This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §5.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

June 7, 2017


Steven P. Schwartz, Ph.D., City Registrar



R 0 0 3 7 8 2 9 7 5

The City of New York

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Look for the following security features before accepting this document:
- Multi-colored pink-blue-pink background
- Micro printing of the words New York City Department of Health and Mental Hygiene immediately above the bottom border and visible using a magnifying glass
- This watermark in the paper, which will be visible when held to the light:

NYC
Health
OFFICIAL
VITAL RECORD

- Thermochromic Ink: The logo above is printed with heat sensitive ink. It changes color when warmed by rubbing with a finger

VR 134 444M (07/15) P.O. No. 201816/22348

# Office of the Minnesota Secretary of State
## Minnesota Assumed Name/Annual Renewal
*Minnesota Statutes, Section 5.34*



| | |
|---|---|
| Annual Renewal Year: | **2025** |
| Annual Renewal Filing Date: | **11/14/2025** |
| Assumed Name: | **EUGENE ELWIN THOMAS** |
| Original Filing Number: | **939733300021** |
| Home Jurisdiction: | **Minnesota** |

Filing Party Information:

| Party Type: | Name: | Address: |
|---|---|---|
| **Applicant** | **EUGENE ELWIN THOMAS** | **2260 HAMPDEN PLACE  BRONX NY 10468** |
| **Principal Place of Business Address** | | **2260 HAMPDEN PLACE  BRONX NY 10468** |



**Work Item 1599477700023**
**Original File Number 939733300021**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**11/14/2025 11:59 PM**

Steve Simon
Secretary of State

# Credentials of Ministry

## THIS IS TO CERTIFY

*Eugene Thomas*

*That The Bearer Hereof Has Been Ordained*

On this day the _____ 19th _____ of _____ March _____ in the year _____ 2022 _____ and is officially recognized as a member of the Universal Life Church and has all rights and privileges to perform all duties of the ministry.



CHAPLAIN BR. MARTIN





# CERTIFICATE OF PROFICIENCY FOR NAVIGATING IN MEDITERRANEAN WATERS (YACHT HELMSMAN)



| | |
|---|---|
| **NAME ADDRESS** | Eugene Thomas<br>626 Riverside Drive<br>5C<br>New York<br>New York 10031<br>United States |
| **ASA PASSPORT NUMBER** | 2017069075 |
| **REQUIRED LEVEL COMPLETED** | ASA 104<br>Bareboat Cruising Certified |
| **SIGNATURE OF HOLDER** | |
| **NATIONALITY** | United States |
| **ISSUE / VALIDITY DATE** *(Valid five years from date of issue)* | September 2018 |

| | |
|---|---|
| **TYPE OF YACHT** | SAILING CRUISER<br>WITH AUXILIARY DIESEL ENGINE<br>AUXILIARY POWER |
| **CLASS** | OFFSHORE |
| **ENDORSEMENTS** | VHF RADIO |

THIS CERTIFICATE SHOULD BE KEPT AT ALL TIMES WHILE CRUISING IN MEDITERRANEAN WATERS.

DO NOT ABANDON IT. IT IS AS ESSENTIAL AS YOUR PASSPORT.

IF FOUND PLEASE RETURN TO OWNER OR SEND TO:
**AMERICAN SAILING ASSOCIATION**
5301 Beethoven Street, Suite #265, Los Angeles, CA 90066
RETURN POSTAGE GUARANTEED

Authorizing Signature on behalf of ASA

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10120

| Certified Mail Fee | $5.30 | | 0042 07 |
|---|---|---|---|
| $ | | $4.40 | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here

NOV 1 2025

Postage  $2.72

Total Postage and Fees  $12.42

Sent To  Mathew J. Gordon
Street and Apt. No., or PO Box No.  112 West 34th street
City, State, ZIP+4®  New York, New York 10120-9998 USA

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Melville NY 11747

| Certified Mail Fee | $5.30 | | 0042 07 |
|---|---|---|---|

Postmark Here

NOV 1 2025

Postage  $2.72

Total Postage and Fees  $12.42

Sent To  McCabe, Weisberg & Conway LLC
Street and Apt. No., or PO Box No.  One Huntington Quadrangle, Suite 4N25
City, State, ZIP+4®  Melville, New York 11747-9998

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



FROM:

eugene 1. — thomas
ACP-5194
P.O. BOX 111Ø
ξ albany, New YorkΣ
ξ12201-1110ξ U.S.A

TO:

pro se

CLERK OF COURTS FOR THE
SOUTHERN DISTRICT OF NEW
YORK-United States District Court for the
Southern District of New York - 1/Matthew J Gaur R
500 Pearl Street & New York, New York Σ 1000 7 USA
c/o/a-CLERK OF COURTS



CERTIFIED MAIL

9589 0710 5270 3548 9602 84

RECEIVED
NOV 24 2025
CLERK'S OFFICE
S.D.N.Y.